```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
RENEE KILLING, :
:
Plaintiff, :
:
-v-  :  15-cv-8092 (KBF)
:
COMMISSIONER OF SOCIAL SECURITY, :  ORDER
:
Defendant. :
:
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

On September 15, 2016, the Honorable James C. Francis IV, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter regarding the pending motion of defendant Commissioner of Social Security (the "Commissioner") for judgment on the pleadings. The Report recommended that the Court grant the motion.

Plaintiff has not filed any objection to the Report. For that reason alone, plaintiff has waived any right to further appellate review. *See Thomas v. Arn*, 474 U.S. 140, 147-48 (1985); *Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C.*, 596 F.3d 84, 92 (2d Cir. 2010). The Court also has done its own review of the underlying record, and finds itself in complete agreement with the Report. Accordingly, the Court hereby adopts the Report and, for the reasons stated therein, grants the Commissioner's motion for judgment on the pleadings.

The Clerk of Court is directed to terminate the motion at ECF No. 12, and to close this case.

SO ORDERED.

Dated:     New York, New York
           November 28, 2016

_____
KATHERINE B. FORREST
United States District Judge